**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7415**

———————

MICHAEL RANKINS,

                    Plaintiff - Appellant,

     versus

LEONARD BONNER,

                    Defendant - Appellee,

     and

GREGORY BONNER,

                    Defendant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-99-744-5-H)

———————

Submitted: January 17, 2002      Decided: January 28, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Rankins, Appellant Pro Se. Louis Phillip Hornthal, Jr., HORNTHAL, RILEY, ELLIS & MALAND, Elizabeth City, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Rankins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rankins v. Bonner, No. CA-99-744-5-H (E.D.N.C. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED